**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-2319**

---

DENNIS MICHAEL GALLIPEAU,

Plaintiff - Appellant,

versus

MYSPACE.COM, an internet website; FOX
INTERACTIVE MEDIA, Parent company and owner of
Myspace.Com; JOHN DOE, Parent of a member of
Myspace.Com; JANE DOE, Parent of a member of
Myspace.Com; JANE DOE, 2,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Walter D. Kelley, Jr., District
Judge. (2:06-cv-00666-WDK)

---

Submitted: February 22, 2007      Decided: February 28, 2007

---

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Dennis Michael Gallipeau, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Michael Gallipeau seeks to appeal the district court's dismissal of his motion to proceed in forma pauperis. Denial of in forma pauperis status is reviewed for abuse of discretion. See Roberts v. United States Dist. Ct., 339 U.S. 844, 845 (1950). A review of the record indicates that the district court did not abuse its discretion. Accordingly, we affirm the decision of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED